IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOT S., individually and on behalf of his minor child SCOT S., JR., ,<br><br>Plaintiff(s),<br><br>vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION, and KATHRYN MATAYOSHI, in her official capacity as Acting Superintendent of the Hawaii Public Schools ,<br><br>Defendant(s). | CIVIL NO. 11-00347 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 1, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation That Plaintiff's Application To Proceed Without Prepayment Of Fees Be Denied (Doc. 8) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, June 23, 2011.



Alan C. Kay
Sr. United States District Judge

S. v. State of Hawaiʻi, Dep't of Educ., Civ. No. 11-00347 ACK-RLP: Order Adopting Magistrate Judge's Findings and Recommendation